UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JANE DOE,<br><br>        Defendant. | Case No.  1:24-cv-01319-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 19)<br><br>JULY 23, 2025 DEADLINE |

Pending before the Court is Plaintiff's motion for an extension of time to file an amended complaint filed June 20, 2025.  (Doc. No. 19, "Motion").[1]  Plaintiff, who is proceeding pro se in this action filed under 42 U.S.C. § 1983, seeks a thirty (30) day extension of time to respond to the Court's May 22, 2025 Screening Order (Doc. No. 18).

As detailed in the May 22, 2025 Screening Order, the operative complaint fails to state any cognizable claims.  (*Id*. at 8-14).  As a result, the Court directed Plaintiff to file: (a) a Third Amended Complaint; (b) a Notice to Stand on his current operative complaint as screened subject to the undersigned recommending the district court to dismiss this complaint for the reasons stated the May 22, 2025 Screening Order Screening Order; or (c) a Notice to Voluntarily Dismiss Action under Federal Rule of Civil Procedure 41 no later than June 23, 2025.  (*Id*. at 12-14).  The

---

[1] Plaintiff signed and dated the Motion on June 13, 2025.

1

Court duly warned Plaintiff in its Screening Order that if the Court dismisses this case finding that the complaint fails to state claim, the dismissal will count as a strike under the PLRA. (*Id*. at 13).

Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline. Fed. R. Civ. P. 6(b)(1)(A). Plaintiff cites to his limited time to gain access to the law library as a reason for his needed extension. The Court finds good cause to grant Plaintiff an extension of time.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for extension of time (Doc. No. 19) is GRANTED.
2. **No later than July 23, 2025**, Plaintiff shall deliver to correctional officials for mailing: (a) an amended complaint; (b) a Notice to Stand on his Complaint as screened subject to the undersigned recommending the district court to dismiss this complaint for the reasons stated in the May 22, 2025 Screening Order; or (c) a "Notice to Voluntarily Dismiss Action" under Federal Rule of Civil Procedure 41.
3. Plaintiff's failure to timely comply with this Order will result in the recommendation that this action be dismissed, either as a sanction for failure to comply with a court order or for failure to prosecute this action consistent with Local Rule 110.

Dated:     June 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE