UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERNEST THOMAS,

Plaintiff,

v.

CONALL MCCABE and GAURAV AGGARWAL,

Defendants.

Case No. 1:24-CV-01319-HBK (PC)

ORDER GRANTING DEFENDANTS' MOTION TO STAY; WARNING REGARDING DISMISSAL IF PLAINTIFF FAILS TO UPDATE ADDRESS

(Doc. 42)

Defendants move to vacate the deadlines set forth in the Court's August 4, 2026 Case Management Scheduling Order and to stay this action based on Plaintiff Thomas's failure to file a notice of change of address following his release from custody. (Doc. 42). Alternatively, Defendants seek an extension of at least thirty days of the November 4, 2026 deadline to file an exhaustion-based motion for summary judgment. (*Id.*).

Having considered Defendants' motion, the Declaration of Katherine E. Watanabe (Doc. 42-1), and the record in this case, the Court finds good cause to grant a stay and to vacate all current deadlines set forth in the August 4, 2026 Case Management and Scheduling Order.

On October 29, 2024, the Court issued its First Informational Order, advising Plaintiff, who is proceeding without counsel, of his obligation to keep the Court and opposing parties apprised of his current address pursuant to Local Rule 183(b). (Doc. 3). The Litigation

Coordinator at California State Prison, Corcoran, has confirmed that Plaintiff was released on parole on September 21, 2026, yet Plaintiff has not filed a notice of change of address and remains listed with the institution as his address of record. (Doc. 42-1 at 2, ¶ 6). Service at Plaintiff's last address of record constitutes effective service, and if mail directed to Plaintiff is returned undeliverable and he fails to update his address within sixty-three (63) days of the mail being returned, this action may be dismissed for failure to prosecute under Local Rule 183(b).

This case cannot proceed without Plaintiff's participation and compliance with his obligation to maintain a current address of record. A temporary stay and clear warning are therefore appropriate.

////

////

Accordingly, IT IS ORDERED:

1. Defendants' request to vacate the deadlines in the Case Management Scheduling Order and to stay this action (Doc. 42) is GRANTED.
2. All dates and deadlines set forth in the Court's August 4, 2026 Case Management Scheduling Order (Doc. 38), including the November 4, 2026 deadline for filing exhaustion-based motions for summary judgment, are VACATED.
3. This action is STAYED in its entirety pending further order of the Court. No party shall be required to engage in discovery or file motions, including exhaustion-based motions for summary judgment, unless and until the Court issues an order lifting the stay and resetting deadlines.
4. The Clerk of Court shall serve a copy of this order on Plaintiff at his address of record.
5. If this order is returned by the United States Postal Service as undeliverable, and Plaintiff fails to file a notice of change of address within sixty-three (63) days from the date the mail is returned, the Court will dismiss this action for failure to prosecute and for failure to comply with Local Rule 183(b) and the Court's prior orders, without further notice to Plaintiff.
6. If Plaintiff timely files a notice of change of address, the Court will lift the stay as

appropriate and issue an amended scheduling order, which may include a new deadline for Defendants to file an exhaustion-based motion for summary judgment.

Dated: October 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE